## WILSON v. THE STATE.

APPEAL from the *Posey* Common Pleas.

*Per Curiam.*—The judgment in this case is reversed, and the clerk ordered to notify the keeper of the State prison to return the convict to the jail of *Posey* county. This case is decided on the authority of *Justice* v. *The State,* 17 Ind. 56.

*A. J. Thornton,* and *McDonald and Roache,* for the appellant.